

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
631.719.7811 fax
mcapobianco@littler.com

August 25, 2022

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

Re:   *Edwin Derick Morales Acevedo v. Keurig Dr Pepper, Inc. et al.*
      U.S. District Court, E.D.N.Y., Civil Docket No. 1:22-cv-02157 (KAM) (TAM)

Dear Judge Matsumoto:

This firm represents the Defendants in the above-referenced action. We write, along with Plaintiff's counsel, to advise the Court that the parties have reached a settlement in principle.

The parties anticipate submitting the terms of the settlement to the Court for judicial approval within the next thirty (30) days. Accordingly, we respectfully request that all current conferences/deadlines or obligations, including Defendants' upcoming answer deadline, be canceled or otherwise adjourned *sine die* pending the finalization of the settlement.

Thank you for your consideration and attention to our request.

Respectfully Submitted,

*/s/ Matthew R. Capobianco*

Matthew R. Capobianco

Cc: All Counsel of Record (via ECF)

4882-4523-5760.1 / 068075-1047