UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN DERICK MORALES ACEVEDO, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>KEURIG DR PEPPER, INC., et al.,<br><br>*Defendants.* | Case No. 22-CV-02157(TAM) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that:

(a) the Parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); and

(b) the above-captioned action is dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party, except as provided for in the parties' settlement agreement; and

(c) the Court shall retain jurisdiction of this matter for the sole purposes of enforcing the parties' settlement.

**DANIEL TANNENBAUM, ESQ.**

By: _____
Daniel Tannenbaum
580 Fifth Avenue, Suite 820
New York, NY 10036

Dated: __September 21__, 2022

**LITTLER MENDELSON, P.C.**

By: _Matthew R. Capobianco_
Matthew R. Capobianco
290 Broadhollow Road, Suite 305
Melville, New York 11747

Dated: _September 21_, 2022

**SO ORDERED:**

_Taryn A. Merkl_
U.S. District Court
Magistrate Judge

October 13, 2022
Dated

4884-9671-0960.1 / 068075-1047